IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Quinn, Paula A | Case Number: 06 B 14649 |
| | Judge: Squires, John H |
| Printed: 9/30/08 | Filed: 11/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  March 20, 2008
Confirmed:  February 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,164.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,588.10 |
| Priority: |  | 1,905.10 |
| Administrative: |  | 2,277.11 |
| Trustee Fee: |  | 386.75 |
| Other Funds: |  | 6.94 |
| Totals: | 7,164.00 | 7,164.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Jeff Whitehead | Administrative | 2,277.11 | 2,277.11 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | Loan Care Servicing Center | Secured | 0.00 | 0.00 |
| 7. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 8. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 9. | Shaunese Cosper | Priority | 675.00 | 675.00 |
| 10. | Illinois Dept of Revenue | Priority | 1,230.10 | 1,230.10 |
| 11. | ECast Settlement Corp | Unsecured | 5,380.62 | 440.39 |
| 12. | Resurgent Capital Services | Unsecured | 1,186.57 | 97.13 |
| 13. | Resurgent Capital Services | Unsecured | 3,951.20 | 323.41 |
| 14. | City Of Chicago | Unsecured | 1,168.72 | 95.43 |
| 15. | Resurgent Capital Services | Unsecured | 1,125.66 | 92.13 |
| 16. | B-Real LLC | Unsecured | 4,642.11 | 379.97 |
| 17. | Capital One | Unsecured | 565.27 | 46.27 |
| 18. | Peoples Energy Corp | Unsecured | 80.26 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 2,997.60 | 245.35 |
| 20. | Discover Financial Services | Unsecured | 3,788.99 | 310.12 |
| 21. | American Express | Unsecured | 4,860.80 | 397.86 |
| 22. | Fifth Third Bank | Unsecured | 1,955.26 | 160.04 |
| 23. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 24. | American Express | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Quinn, Paula A | Case Number:  06 B 14649 |
| | Judge:  Squires, John H |
| Printed:  9/30/08 | Filed:  11/8/06 |

$$\underline{\qquad\qquad}\qquad\underline{\qquad\qquad}$$
$ 35,885.27       $ 6,770.31

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 385.38 |
| 6.5% | 1.37 |
| | _____ |
| | $ 386.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

